UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE DE JESUS ARTEAGA,<br><br>                 Petitioner,<br><br>   v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>                 Respondent. | Case No. C20-0763-MJP-MAT<br><br>ORDER DIRECTING GOVERNMENT TO FILE UPDATE REGARDING REMOVAL |

This is a 28 U.S.C. § 2241 habeas action. The Ninth Circuit has denied Petitioner's petition for review, and the mandate issued on September 14, 2020, terminating the stay of removal. The Court attempted to determine Petitioner's custody status via ICE's online detainee locator but was unable to confirm whether Petitioner remains in custody. By **November 13, 2020**, the Government shall provide an update regarding Petitioner's removal and, if he has been removed, address whether this matter is moot. The Clerk is directed to RE-NOTE the

\\

\\

ORDER DIRECTING GOVERNMENT TO
FILE UPDATE REGARDING REMOVAL
- 1

Government's return memorandum (Dkt. 10) for November 13, 2020, and send copies of this order to the parties and to the Honorable Marsha J. Pechman.

Dated this 5th day of November, 2020.

Mary Alice Theiler
United States Magistrate Judge

ORDER DIRECTING GOVERNMENT TO
FILE UPDATE REGARDING REMOVAL
- 2