UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSE DE JESUS ARTEAGA,

                Petitioner,

v.

ICE FIELD OFFICE DIRECTOR,

                Respondent.

CASE NO. C20-0763-MJP

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation;

(2)    Petitioner's habeas petition is DISMISSED without prejudice; and

(3)    The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

DATED this 21st day of December, 2020.

Marsha J. Pechman
United States Senior District Judge

ORDER OF DISMISSAL
PAGE - 1